UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

EARL WALTERS,

                                      Plaintiff,

                  -v-                                        24-CV-8111 (RER) (CLP)

CITY OF NEW YORK, et al.,

                                      Defendant.

------------------------------------------------------------------------ x

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that KellyAnne Holohan, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Muriel Goode-Trufant, Corporation Counsel of the City of New York.

Dated: New York, New York
          February 5, 2025

                                      Muriel Goode-Trufant
                                      Corporation Counsel of the City of New York
                                      *Attorney for Defendant City of New York*
                                      100 Church Street, Third Floor
                                      New York, NY 10007
                                      T: (212) 356-2249
                                      E: kholohan@law.nyc.gov

                                By:    *KellyAnne Holohan /s/*
                                        KellyAnne Holohan , Esq.
                                        *Assistant Corporation Counsel*

cc:    **Via ECF**
       *All counsel of record*