AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24cv8111

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>ANN MARIE FIELDS PERSONAL REPRESENTATIVE OF VITO NAVARRA'S ESTATE</u> was received by me on *(date)* <u>Mar 27, 2025</u> .

[X] I personally served the summons on the individual at *(place)* <u>79 BALTUSROL WAY, FAR HILLS, NJ 07931</u> on *(date)* <u>Thu, Apr 03 2025; 2:31 pm</u> ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 4\4\2025

_____
Server's signature

Patrick Persicano
_____
Printed name and title

999 RIVERVIEW DRIVE Suite 201, TOTOWA, NJ 07512
_____
Server's address

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Apr 3, 2025, 2:19 pm EDT at HOME: 79 BALTUSROL WAY, FAR HILLS, NJ 07931
No answer. There are no cars in the driveway. There is a four car garage. There's a camera on the front door. I can hear a dog barking inside the home. There were no Neighbors available.

2) Successful Attempt: Apr 3, 2025, 2:31 pm EDT at HOME: 79 BALTUSROL WAY, FAR HILLS, NJ 07931 received by ANN MARIE FIELDS PERSONAL REPRESENTATIVE OF VITO NAVARRA'S ESTATE. Age: 58; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'7"; Hair: Brown; Eyes: Brown;

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the
### UNITED STATES BANKRUPCY COURT EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EARL WALTERS | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| ANN MARIE FIELDS PERSONAL REPRESENTATIVE OF VITO NAVARRA'S ESTATE, POLICE OFFICERS AND/OR POLICE DETECTIVES JOHN AND/OR JANE DOES 1-10, AND THE CITY OF NEW YORK, | ) ) ) |
| *Defendant* | ) |

Civil Action No. 24cv8111

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ANN MARIE FIELDS PERSONAL REPRESENTATIVE OF VITO NAVARRA'S ESTATE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Compliant Process Service, Inc

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*