UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

EARL WALTERS,

                                Plaintiff,        **NOTICE OF APPEARANCE**

    -against-

                                               24-CV-8111 (RER) (CLP)

CITY OF NEW YORK, et al.,

                                Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that John McLaughlin, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for defendants the City of New York and Vito Navarra. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:        New York, New York
                 September 3, 2025

                                               MURIEL GOODE-TRUFANT
                                               Corporation Counsel of the City of
                                                  New York
                                               *Attorney for Defendants City and Navarra*
                                               100 Church Street,
                                               New York, New York 10007
                                               P: (212) 356-2670

                                               By:   *John McLaughlin /s/*
                                                        John McLaughlin, Esq.
                                                        *Assistant Corporation Counsel*

Cc:      **VIA ECF**
            All counsel of record.