# GLENN A. GARBER, P.C.
## ATTORNEYS AT LAW

GLENN A. GARBER
(ADMITTED IN NY & NJ)

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2370, NEW YORK, NY 10279
TEL: 212-965-9370   FAX: 212-965-9375
WWW.GLENNGARBER.COM

November 3, 2025

**By ECF**
Hon. Cherly L. Pollack
U.S. District Court Magistrate Judge
Eastern District of New York
100 Centre Street
New York, NY 10013

      Re:    *Earl Walters v. City of New York, et. al.,* 24cv8111 (RER-CLP)

Dear Pollack:

I write on behalf of the parties to provide an update. A file-sharing agreement was worked out with the City and the Queens County District Attorney's Office. I proposed a minor change. It is expected that the agreement will be ratified shortly. This will open the door for the City and Plaintiff to obtain the DA's file for use in the instant action.

Since the file is voluminous, I am on trial and expect to be until early to mid-December (*People v. Lenue Moore,* N.Y. Co. Ind. 7251-23*),* and the Christmas and New Year's holidays are to follow, it is requested that the parties provide the next update by mid-January 2026 (January 15th).

Thank you for your consideration.

Respectfully submitted,

Glenn A. Garber

cc: All counsel (via ECF)