

| | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 Church Street<br>NEW YORK, NY 10007 | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | | **JOHN MCLAUGHLIN**<br>Phone: (212) 356-2670<br>Fax: (212) 356-3509<br>jmclaugh@law.nyc.gov<br>*Assistant Corporation Counsel* |

November 14, 2025

**BY ECF**
Honorable Cheryl L. Pollack
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Earl Walters v. City of New York, et al.</u>,
              24-CV-8111 (RER)(CLP)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, attorney for defendants the City of New York and Ann Marie Fields, personal representative of the Estate of Vito Navarra, in the above-referenced action. I write, after conferring with plaintiff's counsel and the Queens County District Attorney's Office ("QCDA"), to respectfully request that the Court so-order the enclosed Proposed Order to Disclose Records and Protective Order. As reflected in the proposed order, QCDA would be directed to make available to plaintiff and defendants the QCDA files relating to *People v. Earl Walters*, Indictment No. 4505/1992, and QCDA's 2022–23 reinvestigation, subject to appropriate redactions for privilege and statutorily protected material, while the parties agree to maintain the confidentiality of those records and to use them solely for purposes of this litigation.

      The proposed order is necessary because the QCDA materials include sealed records and sensitive information concerning victims of sex offenses that are ordinarily protected from disclosure under, *inter alia*, New York Civil Rights Law § 50-b and C.P.L. § 160.50. At the same time, those files are central to the parties' ability to evaluate and litigate plaintiff's claims and defendants' defenses in this reverse-conviction civil-rights action.

      The enclosed order is designed to implement the file-sharing arrangement referenced in prior correspondence to the Court (ECF No. 24), and to balance the parties' legitimate discovery needs with the privacy and safety interests of third-party victims by requiring redaction of identifying information, limiting use of the material to this case, and providing a mechanism for the parties and QCDA to confer and, if necessary, seek further relief before any broader disclosure.

Accordingly, the parties respectfully request that the Court enter the Proposed Order to Disclose Records and Protective Order.

Respectfully Submitted,

*John McLaughlin* /s/

John McLaughlin
Attorney for Defendants
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2670
jmclaugh@law.nyc.gov

Cc: **VIA ECF**
All counsel of record.