UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

EARL WALTERS,

                                          Plaintiff,

                -against-

ANN MARIE FIELDS PERSONAL
REPRESENTATIVE OF VITO NAVARRA'S
ESTATE, POLICE OFFICERS and/or POLICE
DETECTIVES JOHN and/or JANE DOES 1-10, and
THE CITY OF NEW YORK,

                                        Defendants.
-----------------------------------------------------------------x

**PROPOSED ORDER TO DISCLOSE RECORDS AND PROTECTIVE ORDER**

24-CV-8111 (RER)(CLP)

       1.       IT IS HEREBY ORDERED THAT The Queens County District Attorney's Office (QCDA) is directed to make available to the designated agents of the law firm of Glenn A. Garber, P.C., and of the New York City Law Department, Office of the Corporation Counsel, for inspection and photocopying all relevant materials in the possession of the QCDA's Office including court transcripts and other public documents related to People v. Earl Walters, Indictment number 4505/1992, and the 2022-23 QCDA's Office re-investigation of Earl Walters' conviction subject to redaction for work product and other applicable privileges, the withholding of confidential records exempt from disclosure due to a privilege or applicable statute, such as grand jury transcripts or other records associated with the grand jury presentment.

       2.       IT IS FURTHER ORDERED that due to sensitive information contained in the QCDA's files, including the names and personal information of several victims of sex offenses, which are not generally subject to disclosure due to section 50-b of the Civil Rights Law, the QCDA shall disclose these records concerning the sex offenses to Glenn A. Garber, PC, Earl Walters, and the New York City Law Department, Office of the Corporation Counsel with the

1

names and other identifying information of these victims redacted to protect their anonymity and that Glenn A. Garber, PC, Earl Walters, and the New York City Law Department, Office of the Corporation Counsel are directed to maintain the confidentiality of the sensitive material, and only use it in court proceedings related to <u>Earl Walters v. Fields et al.</u>, 24-cv-08111 (RER) (CLP), pending in the United States District Court for the Eastern District of New York. Should the parties believe that the redacted material may be relevant upon disclosure, the parties must first confer in good faith with the QCDA to determine whether this Order should be modified (including, if appropriate, by a supplemental attorneys'-eyes-only provision). Unless and until the Court orders otherwise, the parties are prohibited from disseminating the information beyond the scope of this Order.

3. IT IS FURTHER ORDERED that the identity of victims of a sex crime(s) or information that tends to identify such a victim must be redacted from any papers submitted to the court for filing; and, in the event that the identifying information cannot be redacted or if redaction will affect the quality of representation by either party then the party seeking to publicly disclose the identifying information must obtain court approval prior to disclosure.

4. IT IS FURTHER ORDERED that the QCDA's files shall be unsealed pursuant to N.Y.C.P.L. § 160.50 for purposes of this litigation but shall otherwise remain sealed.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

5.  IT IS FURTHER ORDERED that the disclosure authorized by this Order is limited solely to the prosecution of <u>Earl Walters v. Fields et al.</u>, 24-cv-08111 (RER) (CLP).

| | |
|---|---|
| GLENN GARBER PC<br>*Attorneys for Plaintiff*<br>233 Broadway<br>Suite 2370<br>New York NY 10279<br>(212) 965-9370<br><br>By: _____<br>Glenn Garber | MURIEL GOODE-TRUFANT<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York*<br>  *and Navarra*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>John McLaughlin<br>*Assistant Corporation Counsel* |

SO ORDERED:

_____
THE HONORABLE CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE

Dated: _____, 20__

3