# GLENN A. GARBER, P.C.

**ATTORNEYS AT LAW**

GLENN A. GARBER
(ADMITTED IN NY & NJ)

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2370, NEW YORK, NY 10279
TEL: 212-965-9370   FAX: 212-965-9375
WWW.GLENNGARBER.COM

January 15, 2026

**By ECF**
Hon. Cherly L. Pollack
U.S. District Court Magistrate Judge
Eastern District of New York
100 Centre Street
New York, NY 10013

      Re:    *Earl Walters v. City of New York, et. al.,* 24cv8111 (RER-CLP)

Dear Pollack:

I write on behalf of the parties to provide an update in accordance with this Court's November 4, 2025 order.

A joint file-sharing agreement was sent to the Court for review. DE 25. Once it is signed the parties will endeavor to obtain the underlying criminal file from the Queens County District Attorney's Office and move forward with paper discovery.

We ask for 60-days for the next status report (March 16, 2026).

Thank you for your consideration.

Respectfully submitted,

Glenn A. Garber

cc: All counsel (via ECF)