UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EARL WALTERS,

                            Plaintiff,

      - against -

CITY OF NEW YORK, et al.,

                          Defendants.

------------------------------------------------------------x

**NOTICE OF APPEARANCE**

24-Civ-8111 (RER) (PCG)

      **PLEASE TAKE NOTICE** that **John Carnevale**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants.  I certify that I am admitted to practice before this Court. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

DATED:    May 6, 2026
              New York, New York

                                STEVEN BANKS
                                Corporation Counsel
                                of the City of New York
                                *Attorney for Defendants*
                                100 Church Street
                                New York, New York 10007
                                (212) 356-2415

                                _____

              By:    John Carnevale
                                Assistant Corporation Counsel
                                Special Federal Litigation Division

cc: Counsel of Record (by ECF)