

THE CITY OF NEW YORK

# LAW DEPARTMENT

**STEVEN BANKS**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, N.Y. 10007

**JOHN CARNEVALE**
*Assistant Corporation Counsel*
Tel.: (212) 356-2415
Fax: (212) 356-3509
jcarneval@law.nyc.gov

June 29, 2026

**VIA ECF**
Honorable Peggy Cross-Goldenberg
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *Walters v. Navarra, et al.,*
24-cv-8111 (RER) (PCG)

Your Honor:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. I write on behalf of the parties to provide a status report pursuant to the Court's Status Report Order dated May 21, 2026.

As previously reported, Defendants received a substantial production from the Queens County District Attorney's Office ("QCDA") relating to *People v. Earl Walters*, Indictment No. 4505/1992, and QCDA's later reinvestigation, consisting of PDFs totaling approximately 11,500 pages, NYPD video-recorded interviews, and a recorded phone call. Defendants are continuing to review that production. QCDA has not yet provided a privilege log for its withheld and redacted materials. The parties are evaluating whether to pursue the privilege log or to proceed without it, and anticipate confirming that decision shortly.

With respect to the related action pending in the New York State Court of Claims, there have been no further developments since the parties' last report. The Court of Claims trial remains adjourned to a date after October 15, 2026.

The parties respectfully request thirty days, through and including July 29, 2026, to confirm their decision regarding the QCDA privilege log and to submit a proposed discovery plan for the completion of remaining discovery, including depositions.

Respectfully submitted,

*/s/ JCarnevale*

John Carnevale
*Assistant Corporation Counsel*
Special Federal Litigation Division

**cc:**   *All Counsel via ECF*

2