# GLENN A. GARBER, P.C.

## ATTORNEYS AT LAW

GLENN A. GARBER
(ADMITTED IN NY & NJ)

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2370, NEW YORK, NY 10279
TEL: 212-965-9370   FAX: 212-965-9375
WWW.GLENNGARBER.COM

July 30, 2026

**By ECF**
Hon. Peggy Cross-Goldenberg
U.S. District Court Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     Re:    *Earl Walters v. City of New York, et. al.,* 24cv8111 (RER-PCG)

Dear Judge Cross-Goldenberg:

I write on behalf of the parties to provide an update on discovery, and to propose a schedule moving forward. This letter was due yesterday. I ask that you accept it with my apologies.

The Queens County DA's file was transmitted without privileged material. The parties will not be seeking a privileged log and consider this aspect of discovery to be complete.

We propose six months to complete fact discovery. Then, we can propose a schedule for mediation if the parties cannot reach a resolution, and for dispositive motions. At this point, the parties would like to bifurcate expert discovery, and revisit that issue after fact discovery.

Thank you for your consideration.

Respectfully submitted,

Glenn A. Garber

cc: All counsel (via ECF)