DISTRICT ATTORNEY
QUEENS COUNTY
125-01 QUEENS BOULEVARD
KEW GARDENS, NEW YORK 11415-1568
(718) 286-6000

Richard A. Brown
District Attorney

FOR RELEASE: IMMEDIATE
NOVEMBER 19, 1992

CONTACT: DICK PIPERNO
(718) 286-6315

**D.A. BROWN: TRIO OF LONG ISLAND MEN INDICTED IN CONNECTION WITH THREE OCTOBER CRIMES INVOLVING ATM ROBBERIES, SEXUAL ABUSE OF WOMEN VICTIMS AND KIDNAPPINGS**

Queens District Attorney Richard A. Brown today announced that three men have been indicted for their alleged roles in three separate crimes committed in Queens last month. In all three cases, women victims were sexually abused and in two of the three incidents the alleged bandits forced their victims to yield their bank Automated Teller Machine (ATM) cards.

District Attorney Brown identified the defendants as Kraigory Odom, 19, of [redacted] Robert Masters, 18, of [redacted] and Jermain Williams, 19, of [redacted]

The District Attorney said that the 24-count indictment charges all three defendants with kidnapping, aggravated sexual abuse, robbery, assault and sexual abuse suffered by a Queens woman on October 19th. In that crime, the victim was abducted in Bayside and over a two-hour period was tortured and forced to turn over her ATM bank card which her alleged abductors sought to use at the Hong Kong Bank in Flushing. The effort failed because the bank device retained the card. The defendants were arrested two days later.

Defendant Masters, the District Attorney said, was charged in the indictment for his alleged role in the abduction of a young couple at 12:30 A.M. on October 14th from their car at 196th St. and Union Tpke. The couple were terrorized and the woman sexually abused by two men, including Masters, it is alleged. The indictment charges Masters with robbery, kidnapping, sexual abuse and assault in this incident.

Defendant Williams was charged with robbery, kidnapping and sexual abuse for his alleged participation, with another man, in the abduction of a husband and wife from the Briarwood section of Queens at 1:30 A.M. on October 11th as they parked their car upon returning home. The couple was threatened, the woman sexually abused and the couple then forced to accompany the alleged thieves to a Citibank branch at 164th St. and Hillside Ave. The victims were allegedly forced to use their bank card to withdraw funds from their account.

In all three incidents, District Attorney Brown said, the alleged thieves also stole jewelry from their victims.

The Citibank branch which was the scene of the October 11th crime was the same one where a woman, abducted from Brooklyn on September 2nd, was forced to use her ATM card to withdraw $2,900. District Attorney Brown has said, "If the camera at that branch, which was found to be without film, had been functioning properly, the later crime might have been avoided because the perpetrators might have been arrested already."

Defendants Odom, Masters and Williams are scheduled to be arraigned in State Supreme Court, Kew Gardens, on the indictment on Monday, November 23rd.

Assistant District Attorney Kevin Durant, of District Attorney Brown's Career Criminal Major Crimes Bureau, headed by Assistant District Attorney Charles A. Testagrossa, has been assigned to the case.

#