DISTRICT ATTORNEY
QUEENS COUNTY
125-01 QUEENS BOULEVARD
KEW GARDENS, NEW YORK 11415-1568
(718) 286-6000

Richard A. Brown
District Attorney

FOR RELEASE: IMMEDIATE
MARCH 24, 1994

CONTACT: MARY DE BOURBON
DICK PIPERNO
(718) 286-6315

**D.A. BROWN: JAMAICA MAN SENTENCED TO 40 YEARS FOR TWO ATM-RELATED CRIMES; IN SIMILAR CRIMES, THREE MEN PLEAD GUILTY; FEMALE VICTIMS WERE ALL SEXUALLY ABUSED**

Queens District Attorney Richard A. Brown today announced that the last of three defendants in ATM-related crimes has pleaded guilty to robbery, kidnapping, aggravated sexual abuse and assault and is expected to be sentenced to up to 16 1/2 years in prison when sentenced on April 13th. Two accomplices, who pleaded guilty earlier to the same crimes, are expected to be sentenced, on a date to be determined, to up to 16 1/2 and 12 years, respectively.

In another crime involving a bank ATM machine, District Attorney Brown said, a Jamaica resident has been sentenced to a total of 17 1/2 to 40 years in prison.

"In these crimes, all of which occurred in 1992, the women who were victimized were sexually abused and brutally assaulted," District Attorney Brown said.

District Attorney Brown identified one defendant as Earl Walters, now 19, of 150-51 Linden Blvd., Jamaica, who is currently serving a 3-to-9-year sentence for two unrelated knifepoint robberies. Walters was convicted of robbery, assault, kidnapping and unauthorized use of a vehicle following a jury trial before State Supreme Court Justice Pearl B. Appelman in Kew Gardens. Walters was sentenced to 12 1/2 to 25 years in prison for abducting a 58-year-old Flushing woman in her car on September 24th, 1992. Testimony showed that during a two-hour ordeal, the victim was driven around in her car, sexually and verbally abused, had her head slammed against the steering wheel and then was forced to remove $240 from her account at the Chase Manhattan Bank ATM at 181st St. and Hillside Ave. Before the defendant fled in the victim's car, he tossed her over a fence near the Long Island Railroad tracks in Hollis and subjected her to further abuse.

Defendant Walters received an additional 5-to-15-year sentence for a similar attack on September 2, 1992. This victim, a 28-year-old woman, was abducted near her Brooklyn home, physically and verbally abused during a two-hour ride and then forced to withdraw $1,900 from a Citibank branch in Jamaica. This crime led District Attorney Brown to state at the time that if the Citibank security cameras had been working the defendant's later attack on the Flushing woman might have been averted. The City Council has since passed legislation, vigorously supported by District Attorney Brown, requiring upgraded security cameras at ATM machines throughout the city.

In two other ATM-related crimes the same pattern of attacks befell the women victims, District Attorney Brown said. Robert Masters was the last of three men to plead guilty to the offenses which occurred on October 14th and October 19th, both 1992. Masters, 20, of 32 Manor Road, West Hempstead, Long Island, pled guilty to charges of robbery, kidnapping, aggravated sexual abuse and assault before State Supreme Court Justice Roberta L. Dunlop in Long Island City. The defendant is expected to receive a 5 1/2-to-16 1/2-year term when sentenced on April 13th.

On October 14th, Masters and two accomplices abducted a young couple at gunpoint from Cunningham Park at about 12:30 A.M., took their money and jewelry and led investigators to believe that they would take the couple to a bank ATM machine. However, the woman became hysterical after she and her companion were forced to undress, were beaten and she was sexually abused. The woman's screams frightened the three criminals away.

The same trio admitted that on October 19th, 1992 they abducted a 57-year-old Asian-American woman at gunpoint in Flushing at about 8 P.M. As the victim was driven around in a car, she was sexually abused and otherwise tortured and forced to hand over her money and jewelry. The defendants also took her ATM card but could not understand the Chinese characters on the bank machine; no money was obtained from the ATM. The victim was then driven to an empty schoolyard in Bayside where her attackers tried to force her into the car trunk. Her screams, however, attracted the attention of two Good Samaritans who raced to her aid as her attackers fled. The rescuers were able to get the license plate of the defendants' car which led to their arrest.

One of Masters' accomplices, Kraigory Odom, pled guilty to robbery and kidnapping and is expected to be given a 4-to-12-year sentence. The third member of the group, Jermaine Williams, pled guilty to robbery and kidnapping and is expected to be given a 5 1/2-to-16 1/2-year sentence.

Prosecuting the Walters trial was Assistant District Attorney Russell Rothberg, of District Attorney Brown's Special Victims Bureau, headed by Assistant District Attorney Marjory D. Fisher. The prosecutor in the Masters case was Assistant District Attorney Kevin Matthew Durant, of District Attorney Brown's Career Criminal Major Crimes Bureau, headed by Assistant District Attorney Charles A. Testagrossa.

#