**STATEMENT BY RICHARD A. BROWN ON ARREST EARL WALTERS**

Last night Earl Walters, a 17 year old man (D.O.B. 11/11/74) was arrested on the brutal abduction and sexual abuse of a 58 year old Queens woman on September 24, 1992 in Flushing, N.Y., and for the abduction and Queens robbery of a Brooklyn woman on September 2, 1992. In the Flushing case, the woman was abducted on 35th Avenue and 149th Street by two men, who then put her through two hours of terror. These two men sexually abused her and robbed her at an ATM machine at a Chase Manhattan Bank on 184st Street and Hillside Avenue. Due to the beatings she sustained during these hours, the victim received stitches to her head and was severely traumatized. In the case involving the Brooklyn woman, these same two men abducted her in Brooklyn and took her to Queens where they held her for two and one-half hours in a car and took her to various ATM machines driving from bank to bank attempting to withdraw money. They were finally successful at Citibank at Hillside Avenue and 164th Street in Queens. In each case, perpetrators used anti-white slurs during the assault on both women.

Had the ATM security measures been operable on these fateful nights, the investigation by the police would have been far easier - - these perpetrators tried more than ten times in these cases to take money from these cash machines; the camera shot their pictures over ten times - however there was no film in the cameras in either case.

As I've said before, inadequate security at automated teller machines not only poses an unnecessary risk to bank customers, but it diminishes the quality of life of community residents. And it also has a negative impact on the economic health of our city. People who are afraid to withdraw money from cash machines will not be spending that

money at local businesses. If broken door locks and surveillance cameras are not repaired swiftly, bank customers are left unprotected. If phones installed at ATMs are out of order or are not answered promptly, a customer cannot get help in an emergency. If there is no film in the cameras, it is exceedingly difficult to catch violent perpetrators.

The City Council's proposal on ATMs seeks to address the security problem at ATMs by setting certain minimum security standards for indoor automated teller machines and by phasing out outdoor automated teller machines which cannot be adequately equipped with security devices. In my view they are well worth the cost in terms of proving enhanced protection for our citizens.

Defendant Walter is expected to be arraigned later today. The District Attorney's Office will ask that defendant Walters be remanded without bail due to the vicious and brutal nature of these crimes. Grand Jury action is expected later this week. Defendant Walters will be charged with Kidnapping, Unlawful Imprisonment in the First Degree, Robbery in the First Degree, Robbery in the Second Degree, Sexual Abuse in the First Degree and Assault in the Second Degree for the various crimes committed against the 58 year old Queens woman. He will be charged with Robbery in the First Degree and other charges in the case involving the Brooklyn woman.

I'd like to thank the NYPD's Special Victims Squad and my own Assistant District Attorney on the scene who worked with Detectives through the night for their cooperative and diligent work in effecting this arrest.