GLENN A. GARBER, P.C.
ATTORNEYS AT LAW
GLENN A. GARBER
(ADMITTED IN NY & NJ)

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2370, NEW YORK, NY 10279
TEL: 212-965-9370 FAX: 212-965-9375
WWW.GLENNGARBER.COM

November 12, 2026

**BY ECF**
Honorable Judge Ramon Reyes
US District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Walters v. Navarra, et al.,* Dkt. No. 24CV8111 (RER/PCG) – Corrected Letter

Dear Judge Reyes,

Plaintiff submitted a letter requesting leave amend to the complaint. Dkt. Entry 34. Plaintiff requests that the Court accept the updated letter submitted as docket entry 35 and disregard docket entry 34. In Plaintiff's initial letter, we stated that we would be bringing a claim against the estate of former District Attorney Richard Brown. That was in error. The proposed amended complaint does not state a claim against Richard Brown in his personal capacity but rather only against the Defendant City of New York for the actions of Richard Brown as a municipal policymaker of the city.

Thank you,

Alex Garber

cc: All counsel by email and ECF