GLENN A. GARBER, P.C.
ATTORNEYS AT LAW
GLENN A. GARBER
(ADMITTED IN NY & NJ)

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2370, NEW YORK, NY 10279
TEL: 212-965-9370 FAX: 212-965-9375
WWW.GLENNGARBER.COM

November 17, 2026

Hon. Peggy Cross-Goldenberg
Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Earl Walters v. City of New York, et. al.* 24cv08111 (RER/PCG)

Dear Judge Cross-Goldenberg:

We write on behalf of the parties to provide the Court with a status update.

We apologize for missing the September 30 status letter. Plaintiff's counsel was on trial and bears responsibility for the lapse.

There are three developments to report.

First, Mr. Walters's Court of Claims has completed. This was one of the reasons for delay. We are hopeful that we can move forward on this matter with all deliberate speed.

Second, Plaintiff filed a motion to amend the complaint (DE 35). As we understand it, that motion is before Judge Reyes.

Third, in the meantime, the parties have been discussing settlement. We hope to know in two weeks if the parties can resolve the matter on their own or if a mediator will be needed. If the latter, we are hopeful that your Honor would be inclined to engage in settlement discussions with counsel.

We propose providing the Court with a status report on the issue of settlement/mediation by November 30, 2026.

Thank you for your consideration.

Respectfully,

Glenn A. Garber

cc: All counsel ECF